UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JANETTE C. GRINSTEAD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV1182 JCH |
| | ) | (FRB) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles, filed July 12, 2011. See 28 U.S.C. §636. In his report, Magistrate Judge Buckles recommends that the Court affirm the decision of the Commissioner of Social Security, and dismiss Plaintiff's Complaint with prejudice. Plaintiff filed objections to the Report and Recommendation on July 26, 2011. (Doc. No. 21).

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 20) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 3rd day of August, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE